GEORGE S. CARDONA
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
SHARLA L. CERRA
Assistant United States Attorney
CA State Bar No. 187176
    Federal Building, Room 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Tel: (213) 894-6117
    Fax: (213) 894-7819
    Email: sharla.cerra@usdoj.gov

Attorneys for Defendant Commissioner of Social Security

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER E. FARLEY,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>Defendant. | **CIVIL NO. CV 06-00039 AJW**<br><br>**ORDER WITHDRAWING DEFENDANT'S PAYEE ARGUMENT FROM HIS OPPOSITION TO PLAINTIFF'S APPLICATION FOR ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT CONTINGENT ON EVIDENCE OF ASSIGNMENT OF EAJA CLAIM** |

The parties' stipulation to withdraw Defendant's argument that plaintiff is the sole proper payee of any award pursuant to the Equal Access to Justice Act, 28 U.S>C. § 2412(b) is hereby approved. Pursuant to that stipulation, Defendant's argument is hereby withdrawn and any EAJA award shall be to counsel as assignee of Plaintiff and made payable to counsel as assignee of Plaintiff.

Dated: August 27, 2007

/ s /
———————————————
ANDREW J. WISTRICH
United States Magistrate Judge

1